UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>RICHARD E. CADDELL and<br>GRACE J. KIM<br>3617 Quesda Street, N.W.<br>Washington, D.C. 20015,<br><br>   Defendants. | Case No. 1:23-cv-00080 |

## COMPLAINT

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income taxes and statutory additions to tax assessed against Defendants Richard E. Caddell and Grace J. Kim for tax years 2008 and 2021.

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. § 7402(a).

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391. The Defendants reside in the District of Columbia.

### PARTIES

3. Plaintiff is the United States of America.

4. Defendant Richard E. Caddell resides at 3617 Quesda Street N.W., Washington, D.C. 20015.

5.      Defendant Grace J. Kim is the spouse of Richard E. Caddell and also resides at 3617 Quesda Street N.W., Washington, D.C. 20015.

# COUNT I – COLLECT FEDERAL INCOME TAX ASSESSMENTS MADE AGAINST RICHARD E. CADDELL

6. A delegate of the Secretary of Treasury made assessments against Richard E. Caddell for unpaid federal income taxes for the following taxable periods:

| Tax Period Ending | Type of Tax | Date of Assessment | Amount Assessed | Amount owed as of January 10, 2023 |
|---|---|---|---|---|
| 12/31/2008 | Form 1040 | 11/16/2009 | $702,472.00 | $244,820.91 |
|  | Additional tax assessed | 09/19/2011 | $398.00 |  |
|  |  |  | **Total Outstanding Balance:** | **$244,820.91** |

7.      Penalties and interest have been assessed and have accrued according to law on the unpaid balance of assessments set forth in Paragraph 6, above, and will continue to accrue until paid in full.

8.      A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in Paragraph 6, above, to Richard E. Caddell and made demand for payment of those assessments.

9.      Despite notice and demand for payment of the assessments set forth in Paragraph 6, above, Richard E. Caddell has neglected or refused to make full payment of those assessments to the United States.

10.     As of January 10, 2023, with respect to the assessments described in Paragraph 6, above, Richard E. Caddell is indebted to the United States in the amount of $244,820.91 for federal income taxes, penalties, and interest, plus statutory additions accruing after that date as provided by law.

## COUNT II – COLLECT FEDERAL INCOME TAX ASSESSMENTS MADE AGAINST RICHARD E. CADDELL AND GRACE J. KIM

11. A delegate of the Secretary of Treasury made assessments against Richard E. Caddell and Grace J. Kim for unpaid federal income taxes for the following taxable periods:

| Tax Period Ending | Type of Tax | Date of Assessment | Amount Assessed | Amount owed as of January 10, 2023 |
|---|---|---|---|---|
| 12/31/2021 | Form 1040 | 06/06/2022 | $122,353.00 | $19,773.19 |
| | | | **Total Outstanding Balance:** | **$19,773.19** |

12. Penalties and interest have been assessed and have accrued according to law on the unpaid balance of the assessment set forth in Paragraph 11, above, and will continue to accrue until paid in full.

13. A delegate of the Secretary of the Treasury gave notice of the tax assessment set forth in Paragraph 11, above, to Richard E. Caddell and Grace J. Kim and made demand for payment of that assessment.

14. Despite notice and demand for payment of the assessment set forth in Paragraph 11, above, Richard E. Caddell and Grace J. Kim have neglected or refused to make full payment of those assessment to the United States.

15. As of January 10, 2023, with respect to the assessment described in Paragraph 11, above, Richard E. Caddell and Grace J. Kim are indebted to the United States in the amount of $19,773.19 for federal income taxes, penalties, and interest, plus statutory additions accruing after that date as provided by law.

WHEREFORE, the United States respectfully prays as follows:

    A. That the Court enter judgment in favor of the United States and against Defendant Richard E. Caddell with respect to his unpaid federal income tax liabilities for tax

        year 2008, described in Paragraph 6, above, in the amount of $244,820.91 as of January 10, 2023, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full;

B.    That the Court enter judgment in favor of the United States and against Defendants Richard E. Caddell and Grace J. Kim with respect to their unpaid federal income tax liabilities for tax year 2021, described in Paragraph 11, above, in the amount of $19,773.19 as of January 10, 2023, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full; and

C.    That the Court award such other and further relief, including the costs of this action, as may be deemed just and proper under the circumstances.

Dated: January 11, 2023

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Maria E. Ruwe*
MARIA E. RUWE
Ohio Bar No.: 0101114
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 305-4077
Fax: (202) 514-6866
Maria.E.Ruwe@usdoj.gov
*Attorney for the United States*