UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>RICHARD E. CADDELL and )<br>GRACE J. KIM )<br>3617 Quesada Street, N.W. )<br>Washington, D.C. 20015, )<br>)<br>    Defendants. )<br>_____) | Case No. 1:23-cv-00080 |

**JOINT STATUS REPORT**

Pursuant to the Court's Order entered on January 8, 2025, the parties, by and through counsel, submit this Joint Status Report. The parties have reduced the terms of the proposed settlement agreement to an Offer Acknowledgment Letter, in accordance with established procedures of the Department of Justice, Tax Division. Defendants' counsel indicated agreement with the Offer Acknowledgment Letter but has not yet returned the signed letter to the United States. The parties believe that the settlement can be finalized within the next 30 days. Accordingly, the parties respectfully request an additional 30 days to finalize their settlement and propose submitting a joint status report in 30 days if the matter has not been resolved by then.

*(Signatures on next page.)*

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Maria E. Ruwe*
MARIA E. RUWE
Ohio Bar No.: 0101114
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 305-4077
Fax: (202) 514-6866
Maria.E.Ruwe@usdoj.gov
*Attorney for the United States*


*/s/ Gregory M. McCauley*
GREGORY M. MCCAULEY, ESQUIRE
McCauley Law Offices, P.C.
Tax Court Bar No. MG0540
510 Kennett Pike
P.O. Box 115
Chadds Ford, PA 19317
Telephone: 610-388-4474
Email: gmccauley@mlotax.com


*/s/ Charles R. Haskell*
CHARLES R. HASKELL, ESQUIRE
Law Offices of Charles R. Haskell, Esq.
641 Indiana Ave. NW
Washington, DC 20004
Telephone: 202-888-2728
Email: charles@charleshaskell.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 7, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered to receive such notice.

            */s/ Maria E. Ruwe*
            MARIA E. RUWE
            Trial Attorney
            United States Department of Justice, Tax Division